# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-26-00254-CR

**Lewis Carl Hunt, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 426TH DISTRICT COURT OF BELL COUNTY,
NO. 23DCR87673, THE HONORABLE STEVEN J. DUSKIE, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Lewis Carl Hunt seeks to appeal a judgment of conviction for murder. *See* Tex. Penal Code § 19.02(c).  The trial court has certified that (1) this is a plea-bargain case and Hunt has no right of appeal, and (2) Hunt has waived the right of appeal.  Accordingly, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed for Want of Jurisdiction

Filed:  April 17, 2026

Do Not Publish